UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
OCT 1 6 2013
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| V. | ) No. |
| JIMMY DALE GRAHAM, | ) 4:13CR431 SNLJ/NAB |
| Defendant. | ) |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

Between on or about September 25, 2013, and on or about October 3, 2013, in the Eastern District of Missouri, and elsewhere,

**JIMMY DALE GRAHAM,**

the defendant herein, did use any facility and means of interstate commerce, and did knowingly attempt to persuade, induce, entice, and coerce Detective Jacob Walk of the St. Charles County Sheriff's Office, who he believed to be a minor under the age of eighteen years old, to engage in sexual activity for which any person can be charged with a criminal offense, to wit: the defendant, who was at least twenty-one years of age, believing Detective Walk was a minor under the age of seventeen years old, attempted to persuade, induce, entice, and coerce Detective Walk to have

deviate sexual intercourse with him, in violation of Missouri Revised Statute, Section 566.064, and in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
JENNIFER W. WINFIELD, 53350MO
Assistant United States Attorney